**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-1292**

─────────────

GRANT MANDIGORA,

          Plaintiff - Appellant,

     v.

M. CAPRA, Fairfax County Police Department Officer, badge number 372291; KRISTINA JORDAN, Fairfax County Department of Child Protective Services Social Services Specialist III; MANFIELD MANDIGORA,

          Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:25-cv-00245-LMB-LRV)

─────────────

Submitted:  June 3, 2025                                          Decided:  June 5, 2025

─────────────

Before NIEMEYER, KING, and RICHARDSON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Grant Mandigora, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Grant Mandigora appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. *Mandigora v. Capra*, No. 1:25-cv-00245-LMB-LRV (E.D. Va. Feb. 20, 2025). To the extent Mandigora requested that that the court interfere with state court proceedings, the district court properly abstained from exercising jurisdiction. *See Younger v. Harris*, 401 U.S. 37, 91 (1971) (holding federal courts should abstain from exercising jurisdiction over matters related to ongoing state judicial proceedings, based on notions of federalism and comity). Accordingly, we affirm the district court's order and deny as moot Mandigora's motions for injunctive relief pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*